# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 02-cv-01559-RPM-BNB

LEPRINO FOODS COMPANY,

Plaintiff,
v.

FACTORY MUTUAL INSURANCE COMPANY,

Defendant.

_____

### ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT
_____

THIS MATTER, having come before the Court upon motion of Defendant, Factory Mutual Insurance Company for leave to file its UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT pursuant to F.R.C.P. Rule 56, and the being fully informed in the premises,

DOES HEREBY ORDER THAT Defendant's UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT is hereby GRANTED.

The Court FURTHER ORDERS THAT summary judgment motions shall be due by October 10, 2006, Responses to such motions shall be due October 30, 2006, and Replies to such motions shall be due November 14, 2006.

DATED this 8th day of September, 2006.

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge