**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    July 30, 2007
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Bernique Abiakam

_____

Civil Action No. 02-cv-01559-RPM

| | |
|---|---|
| LEPRINO FOODS COMPANY, | Michael Pope |
| | Chris Nemeth |
|     Plaintiff, | Michael Bohn |
| v. | |
| FACTORY MUTUAL INSURANCE COMPANY, | Matthew Mersfelder |
| | Russell Yates |
|     Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Cross Motions for Summary Judgment**

**1:53 p.m.**      **Court in session.**

Plaintiff's client representatives Richard Russeth (general counsel) and Michael Reidy present.

Court's preliminary remarks and summary of issues before it.

1:57 p.m.       Mr. Pope states the warehouse litigation was settled for approximately the policy amount.

Argument by Mr. Pope.

2:04 p.m.       Argument by Mr. Mersfelder.

**ORDERED:   Defendant's Motion for Summary Judgment, October 10, 2006 [135], is denied.**

2:18 p.m.       Further argument by Mr. Pope.
2:22 p.m.       Argument by Mr. Yates.
2:25 p.m.       Rebuttal argument by Mr. Pope.
2:26 p.m.       Further argument by Mr. Yates.
2:27 p.m.       Further argument by Mr. Pope.

**ORDERED:   Leprino Foods Company's Motion for Summary Judgment, filed October 10, 2006 [131], is under advisement.**

**2:28 p.m.**      **Court in recess.**

Hearing concluded.  Total time 35 min.