IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01559-RPM

LEPRINO FOODS COMPANY,

      Plaintiff,

v.

FACTORY MUTUAL INSURANCE COMPANY,

      Defendant.
_____

### ORDER FOR STATUS CONFERENCE
_____

      This Court having denied the plaintiff's and defendant's respective motions for summary judgment and a new jury trial being necessary and it also appearing that motions concerning expert opinions and other motions filed before the previous trial were never determined because of the Court's prior summary judgment ruling and the plaintiff having filed a motion for Rule 30(b)(6) deposition and it appearing that other matters may need to be determined before a pretrial conference in this case is convened, it is now

      ORDERED that a status conference to determine what is necessary to a new trial is scheduled for **September 7, 2007, at 10:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

      DATED: July 31st, 2007

                                    BY THE COURT:
                                    Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge