IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Case No. 02-cv-1559-RPM-BNB

LEPRINO FOODS COMPANY,

        Plaintiff,

v.

FACTORY MUTUAL INSURANCE
COMPANY,

Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW BENSON K.
FRIEDMAN AS CO-COUNSEL FOR PLAINTIFF**
_____

    **THIS MATTER** having come before the Court on the Unopposed Motion To Withdraw Benson K. Friedman as Co-Counsel for Plaintiff, the Court having reviewed said Motion and now being fully advised in the premises, it is

    **ORDERED** that Plaintiff.s Motion To Withdraw Benson K. Friedman as Co-Counsel for Plaintiff is granted.

    DATED this 23rd day of May, 2008

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Senior Judge Richard P. Matsch