IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 28, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 02-cv-01559-RPM-BNB

| | |
|---|---|
| LEPRINO FOODS COMPANY, | Michael Pope |
| | John C. Nemeth |
| Plaintiff, | William Brittan |
| | Richard Russeth |
| v. | |
| FACTORY MUTUAL INSURANCE COMPANY, | Russell Yates |
| | Matthew Mersfelder |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**9:57 a.m.      Court in session.**

Plaintiff's client representatives James Leprino and Michael Reidy present.

Court's preliminary remarks and comments with respect to the pending motions and 7/28/2006 USCA Mandate.

| | |
|---|---|
| 9:58 a.m. | Argument by Mr. Pope. |
| 10:06 a.m. | Argument by Mr. Yates. |
| 10:21 a.m. | Rebuttal argument by Mr. Pope. |

**ORDERED:** Plaintiff's Motion for Leave to Take Rule 30(b)(6) Deposition, filed October 10, 2006 [134], is denied.

**ORDERED:** Plaintiff's Motion to Determine Remand Issues Based on Tenth Circuit Opinion, filed September 28, 20007 [160], is granted in that the new trial is limited to the question of proof of physical damage and the exception to Exclusion D.

**ORDERED:** Defendant's Motion to Strike Dr. Qian's 2007 (Third) Expert Report As Untimely, filed September 28, 2007 [161], is denied. Defendant's expert witness may submit rebuttal report and depositions of both experts to be scheduled.

**ORDERED:** Plaintiff's Motion in Limine to Preclude Defendant From Altering Coverage Position Regarding Cause of Damage, filed October 2, 2007 [162], is denied.

**ORDERED:** 5 day Jury Trial Scheduled February 9, 2009.
Pretrial Conference scheduled February 6, 2009 at 2:00 p.m.
Proposed pretrial order to be submitted by January 29, 2009.

**10:30 a.m.      Court in recess.**          Hearing concluded.  Total time: 30 min.