IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01599-RPM

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

FACTORY MUTUTAL INSURANCE COMPANY,

    Defendant.

---

ORDER SETTING TRIAL AND PRETRIAL CONFERENCE DATES

---

Pursuant to the hearing held today, it is

ORDERED that this matter is set for trial to jury on **February 9, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a pretrial conference is scheduled for **February 6, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 29, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: May 28th, 2008

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge