IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01559-RPM

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

FACTORY MUTUTAL INSURANCE COMPANY,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION TO AMEND COURT'S MAY 28, 2008 ORDER
CERTIFYING FOR DISCRETIONARY INTERLOCUTORY APPEAL

---

After consideration of Plaintiff's Motion to Amend Court's May 28, 2008 Order Certifying for Discretionary Interlocutory Appeal, filed June 11, 2008 [186], it is

ORDERED that plaintiff's motion [186] is denied.

DATED: June 12th, 2008

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge