IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 6, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 02-cv-01559-RPM-BNB

| LEPRINO FOODS COMPANY, | Michael Pope |
| | John C. Nemeth |
| Plaintiff, | William Brittan |
| | Michael Weaver |
| v. | Richard Russeth |
| | |
| FACTORY MUTUAL INSURANCE COMPANY, | Russell Yates |
| | Matthew Mersfelder |
| Defendant. | Scott P. Baker |

_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**2:03 p.m.**  **Court in session.**

Court gives copies of its proposed statement of case and jury instructions for counsel to review.

**2:05 p.m.**  **Court in recess.**
**2:22 p.m.**  **Court in session.**

Discussion regarding scope of trial and pending motions.

**ORDERED:** Defendant's Motion in Limine to Exclude Evidence of and Testimony About a Cardboard Pallet and Syrup Sample, filed January 21, 2009 [189], is denied.

**ORDERED:** Plaintiff's Motion to Bar Any Opinion of Dr. Mark Young Concerning Off-Gassing of Other Products as Source of Damage, filed January 2009 [192], is denied.

**ORDERED:** Plaintiff's Motion in Limine to Bar Any Argument or Evidence Regarding Leprino's Disposal of the Damage Cheese, filed January 22, 2009 [193], is granted.

**ORDERED:** Defendant's Motion in Limine to Exclude Evidence of Other Litigation Involving Gress, filed January 21, 2009 [190], is granted.

February 6, 2009
02-cv-01599-RPM

**ORDERED:** **Defendant's Motion in Limine to Exclude Testimony of Jim Leprino, filed January 21, 2009 [191],is granted in part and denied in part. Testimony about the importance of insurance is excluded.**

**ORDERED:** **Objections in the video deposition of Mark White are sustained.**

Discussion regarding witnesses and trial length.
Counsel estimate 3 to four day trial.

Court states its trial practices and procedures.

Counsel agree to confer regarding the necessity of defendant's Exhibit A-2 and demonstratives.

**ORDERED:** **Plaintiff's Unopposed Motion for Accommodation, filed February 2, 2009 [199] is granted.**

**ORDERED:** **No pretrial order entered.**

**2:50 p.m.** **Court in recess.**

Hearing concluded. Total time: 30 min.