# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date: February 11, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 02-cv-01559-RPM-BNB

| | |
|---|---|
| LEPRINO FOODS COMPANY, | Michael A. Pope |
| | John C. Nemeth |
| Plaintiff, | William C. Brittan |
| | Michael W. Weaver |
| v. | |
| FACTORY MUTUAL INSURANCE COMPANY, | Russell E. Yates |
| | Matthew S. Mersfelder |
| Defendant. | Scott P. Baker |

_____

## COURTROOM MINUTES
_____

**Trial to Jury Day Three**

**9:00 a.m.      Court in session.**

Plaintiff and defendant's client representatives James Leprino, Richard Russeth and Kevin Brekka present.

Jurors present.

9:01 a.m.     Argument by Mr. Pope regarding Court's previous ruling on plaintiff's motion in limine to exclude evidence of litigation involving Gress [190].

Court states plaintiff permitted to ask witness whether there was litigation between Leprino and Gress.

**Plaintiff's Exhibits 28 and 22 offered,** (as part of plaintiff's offer of proof by Mr. Pope)**, and denied.**

Defendant's Argument by Mr. Mersfelder regarding proposed jury instruction 6 and request to change a word in the proposed verdict form.

**Defendant's proposed instruction 6 is rejected and request to change verdict form to use the word "all" is denied.**

Jurors present.

February 11, 2009
02-cv-01559-RPM-BNB

Court's statement to jurors regarding the health condition of the excused juror.

9:09 a.m.     Defendant's witness, Glenn Gress, sworn.

Direct examination of Mr. Gress by Mr. Baker.

**Defendant's Exhibits C-1 and G identified, offered and received.**
Reference to Defendant's demonstrative exhibit diagram of Gress Warehouse.
Defendant's Exhibit D-1 1 identified, offered and **plaintiff's objection sustained**.
Reference to Plaintiff's Exhibit 23 (photographs 5, 12 and 8).
Reference to defendant's demonstrative exhibit G-1.

Court instructs jurors
Jurors excused.

**10:21 a.m.    Court in recess.**
**10:36 a.m.    Court in session.**

Jurors present.

10:39 a.m.    Cross examination of Mr. Gress by Mr. Pope.

Reference to Plaintiff's Exhibit 23 (photographs 12 and 8).

10:58 a.m.    Redirect examination of Mr. Gress by Mr. Baker.

11:04 a.m.    Recross examination of Mr. Gress by Mr. Pope.

11:07 a.m.    Defendant's witness, Mark Young, sworn.

Direct examination of Dr. Young by Mr. Yates.

11:52 a.m.    Cross examination of Dr. Young by Mr. Brittan.

Plaintiff's Exhibit 24-1 identified, offered and defendant's objection (further foundation required).
**Remaining Photographs of Plaintiff's Exhibit 23 received.**
**Plaintiff's Exhibits 24-2 and 24-3 identified, offered and received.**
Reference to Plaintiff's Exhibit 30.

12:31 p.m.    Redirect examination of Mr. Young by Mr. Yates.

Defendant rests.
Mr. Pope states no rebuttal evidence.

**Evidence closed.**

February 11, 2009
02-cv-01559-RPM-BNB

Court instructs jurors.
Jurors excused.

Plaintiff's renewed Rule 50 Motion by Mr. Pope.

**ORDERED:    Plaintiff's renewed Rule 50 Motion is denied.**

Defendant's Rule 50 Motion by Mr. Yates.

**ORDERED:    Defendant's written Rule 50 Motion is denied.**

Discussion regarding scheduling.

| | |
|---|---|
| **12:38 p.m.** | **Court in recess.** |
| **2:00 p.m.** | **Court in session.** |

Jurors present.

| | |
|---|---|
| 2:02 p.m. | Plaintiff's closing argument by Mr. Pope. |
| 2:16 p.m. | Defendant's closing argument by Mr. Yates. |
| 2:50 p.m. | Plaintiff's rebuttal argument by Mr. Pope. |
| 2:57 p.m. | Court reads jury instructions to jurors. |

Court Security Officer sworn.

Court instructs jurors.

Jurors excused to begin deliberations.

Counsel state there are no new objections to the jury instructions.
**Court states all previous objections to the jury instructions are renewed and incorporated herein as part of the record.**

| | |
|---|---|
| **3:20 p.m.** | **Court in recess.** |
| **4:56 p.m.** | **Court in session.** |

Court states it will bring the jurors back into the courtroom to recess deliberations for the night.

Jurors present.

Court instructs jurors.

February 11, 2009
02-cv-01559-RPM-BNB

Jurors excused until 9:00 a.m. February 12, 2009.

**5:06 p.m.      Court in recess.**

**Clerk's Note:   Clerk's Record of Plaintiff's and Defendant's Exhibits, Indexes of Plaintiff's and Defendant's Received Exhibits, Plaintiff's Exhibits 22 and 28 as part of its "Offer of Proof" and defendant's refused instruction 6 are attached.**

Trial continued.  Total time: 5 hrs. 8 min.