IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01559-RPM

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

FACTORY MUTUAL INSURANCE COMPANY,

    Defendant.

---

ORDER FOR ENTRY OF JUDGMENT

---

    Pursuant to the jury verdict for the plaintiff, received on February 12, 2009, the plaintiff is entitled to judgment for damages for the defendant's breach of its insurance contract. The parties stipulated to a loss of $13,589,235.45 and the plaintiff agrees that a $25,000 deductible is applicable, reducing the stipulated amount to $13,564,235.45. Interest is to be added pursuant to C.R.S. § 5-12-102(b) at 8% per annum compounded annually for money wrongfully withheld. The beginning date for the calculation of interest is July 11, 2002, the date on which the defendant denied the plaintiff's claim under the policy. The plaintiff recovered $2.4 Million from Gress Warehouse in settlement of a tort claim, receiving payment on December 6, 2005. The defendant argues for an offset of that amount based on policy language and asserted Colorado common law. Because the defendant breached its contract, it is not entitled to assert any contract provision for a set-off. The case authorities cited by the defendant are not controlling or persuasive.

    The amount of interest accrued from July 11, 2002 to date is $9,135,221.25, adding that

to the reduced stipulated loss of $13,564,235.45 gives the sum of $22,699,456.70, for which judgment shall enter, together with statutory costs to be awarded by the clerk.

DATED: March 17, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge