IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01559-RPM

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

FACTORY MUTUAL INSURANCE COMPANY,

    Defendant.

ORDER FOR STAY OF EXECUTION UPON SUPERSEDEAS BOND

    On June 24, 2009, Defendant Factory Mutual Insurance Company filed a Motion for Stay Pending Appeal and for Approval of Supersedeas Bond, with an attached form of bond to be issued by Travelers Casualty and Surety Company of America. The plaintiff filed its response on July 14, 2009, agreeing to the amount and form of bond. Accordingly, it is now

    ORDERED that enforcement of the Judgment entered on March 17, 2009, is stayed upon submission of a supersedeas bond issued by Travelers Casualty and Surety Company of America in the form attached to the defendant's motion.

    DATED: July 14th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge