IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01559-RPM

LEPRINO FOODS COMPANY,

        Plaintiff,

v.

FACTORY MUTUAL INSURANCE COMPANY,

        Defendant.

_____

ORDER FOR ENTRY OF AMENDED FINAL JUDGMENT
_____

      Pursuant to the Stipulation for Entry of Amended Final Judgment filed September 23, 2011, it is

      ORDERED that the Clerk shall enter an amended final judgment for the Plaintiff Leprino Foods Company and against the Defendant Factory Mutual Insurance Company in the amount of $22,500,000.00.

      DATED: September 27th, 2011

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior Judge