**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.:  02-cv-01559-RPM-BNB

LEPRINO FOODS COMPANY,

     Plaintiff,

v.

FACTORY MUTUAL INSURANCE COMPANY,

     Defendant.

---

**FINAL AGREED ORDER DISCHARGING SUPERSEDEAS BOND**
BOND NO.  105314743

---

THIS CAUSE comes before the Court on the Agreed Stipulation of the Plaintiff and Defendant to Discharge the Supersedeas Bond Number 105314743 posted by Travelers Casualty and Surety Company of America, as Surety, in the referenced case in the amount of twenty three million, twenty seven thousand, nine hundred seventy six and 00/100 United States Dollars ($23,027,976) at the request of Factory Mutual Insurance Company, as Principal. The full amount owed to Leprino Foods Company has been remitted and the judgment satisfied, therefore, the Supersedeas Bond is no longer required and should be discharged and Travelers Casualty and Surety Company of America and its parents, affiliates and subsidiaries ("Travelers") released from any and all liability.  It is

ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by the Satisfaction of Judgment filed with this Court, a copy of which is attached hereto, and therefore the Supersedeas Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Supersedeas Bond.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release the said Supersedeas Bond recorded with this court to Matthew M. Mersfelder, Esq., for immediate return to Travelers.

DONE AND ORDERED in Chambers, at City and County of Denver, State of Colorado, this 22nd day of November, 2011.

BY THE COURT:

s/Richard P. Matsch

DISTRICT COURT JUDGE
RICHARD P. MATSCH